IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PUCCI, | ) |
| | ) Civil Action No. 06-cv-00175 |
| Plaintiff, | ) |
| | ) Judge Gary L. Lancaster |
| v. | ) |
| | ) |
| LIBERTY LIFE ASSURANCE COMPANY OF | ) |
| BOSTON, D/B/A LIBERTY MUTUAL; | ) **NOTICE OF DISMISSAL** |
| COLUMBIA ENERGY GROUP SERVICE | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DIMISSAL AS TO ALL PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Plaintiff, David Pucci, by and through his counsel, Francis M. Moore, dismisses the within civil action as to all defendants pursuant to Rule 41(a) without prejudice.

Respectfully submitted,

\s\ *Francis M. Moore, Esquire*
PA I.D. #60039
**MANSMANN & MOORE**
220 Grant Street
Pittsburgh, PA 15219
(412) 232-0661
FAX: 412-232-0233

SO ORDERED, this 14th day of November, 2006.

Gary L. Lancaster, U.S. District Judge